

**GRANTED**

Movant shall serve copies of this ORDER on any pro se parties, pursuant to CRCP 5, and file a certificate of service with the Court within 10 days.
Dated: Sep 29, 2011

*Ann B. Frick*
**Ann B. Frick**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

EFILED Document
CO Denver County District Court 2nd JD
Filing Date: Sep 29 2011 11:03AM MDT
Filing ID: 40094130
Review Clerk: Ashley Landis

| DISTRICT COURT, DENVER COUNTY, COLORADO<br>Court Address: 1437 Bannock Street<br>Denver, Colorado 80202 | |
|---|---|
| Plaintiff: MALI TOLMAN,<br><br>v.<br><br>Defendant: AIR SERV CORPORATION. | ▲ Court Use Only ▲ |
| | Case No.: 2011-cv-5920<br><br>Division: 269 |
| **ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT** | |

  THIS COURT having reviewed Plaintiff's Motion for Entry of Default, and having been fully advised in the premises,

  IT IS HEREBY ORDERED that Defendant has failed to plead or otherwise defend against Plaintiff's Complaint and is in default.

  DATED this _____ day of September, 2011.

              BY THE COURT:

              _____
              Clerk

**EXHIBIT**

G